IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GAYLAND SHERMAN, | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:10-CV-1146-B-BH |
| | § | |
| DALLAS ISD, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. DISD's Rule 12(b)(1) motion to dismiss Plaintiff's Texas whistleblower claim is **DENIED**, its motion to dismiss all claims under Rule 12(b)(6) is **GRANTED**, and its alternative motion for a more definite statement under Rule 12(e) is **DENIED** as moot.

**SIGNED** this 8th day of February, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE